## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAYLA CARMICHAEL,**<br>*Plaintiff,*<br><br>v.<br><br>**COMMONWEALTH OF PENNSYLVANIA,**<br>**DEPARTMENT OF HUMAN SERVICES,**<br>*Defendant.* | **Civil No. 24-6307** |

## ORDER

**AND NOW**, this 26th day of June, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 12), all corresponding briefing, and oral argument thereon, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.  The Clerk of Court is hereby **ORDERED** to close this case.

BY THE COURT:

MARY KAY COSTELLO
United States District Judge